1  Michael S. Sorgen (State Bar No. 43107)
   Emily E. Arnold-Fernandez (State Bar No. 237241)
2  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, 9th Floor
3  San Francisco, California 94108
   415-956-1360 phone
4  415-956-6342 fax

5  ATTORNEYS FOR PLAINTIFFS

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11  ASSOCIATED STUDENTS OF THE | Case No.  C 05 4352 SI |
|---|---|
| 12  UNIVERSITY OF CALIFORNIA AT SANTA BARBARA, | STIPULATION AND PROPOSED ORDER TO AMEND DATES IN CASE |
| 13  Plaintiff, | MANAGEMENT ORDER |
| 14  v. | |
| 15  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT DYNES, | |
| 16 | Date:        March 22, 2006 |
| 17  Defendants. | Courtroom: 10 |

18
19  WHEREAS, Plaintiff is concerned because the current Case Management Scheduling Order gives
20  Plaintiff only 16 days, including Labor Day, to simultaneously prepare a Summary Judgment

21  Opposition and Reply; and

22  WHEREAS, Plaintiff proposed to Defendant that both parties file their Cross Motions for
23  Summary Judgment Oppositions and Replies simultaneously, but Defendant felt that filing the
24  Motions separately and in sequence would make a more orderly presentation to the Court; and

25
26  WHEREAS, Defendant also has offered to file its Motion for Summary Judgment first but to

27  expand the time for its Opposition and Reply; and

28

STIPULATION AND PROPOSED ORDER TO
AMEND BRIEFING DATES IN CASE MANAGEMENT
ORDER C 05 4352 SI

1  WHEREAS, the parties' stipulated proposal would amend the briefing schedule without changing

2  the hearing date for the Motions for Summary Judgment;

3

4  NOW, THEREFORE, the parties have agreed to amend the briefing dates in the Case

   Management Scheduling Order, subject to the approval of the Court, as follows:

5

6      July 21, 2006:          Defendant's Motion for Summary Judgment, not to exceed
7                              20 pages;

8      August 21, 2006:        Plaintiff's Opposition and Cross Motion for Summary
                               Judgment, submitted in a single brief combining the
9                              opposition and motion, not to exceed 25 pages;

10     September 21, 2006:     Defendant's Reply and Opposition to Cross Motion for
                               Summary Judgment, submitted in a single brief combining
11                             the reply and opposition, not to exceed 15 pages;

12     October 5, 2006:        Plaintiff's Reply, not to exceed 10 pages;

13     October 27, 2006:       Hearing on Cross Motions for Summary Judgment
       9:00 AM
14

15

16 Dated:  March 15, 2006       /s/Michael S. Sorgen
                                Michael S. Sorgen
17                              Attorney for Plaintiff Associated Students of the
                                University of California at Santa Barbara
18

19 Dated:  March 22, 2006       /s/Christopher M. Patti
                                Christopher M. Patti
20                              Attorney for Defendants The Regents of the
                                University of California and Robert Dynes
21

22 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

23

24

25 Dated:  March __, 2006       _____
                                Hon. Susan Illston
26                              United States District Judge

27

28

                                                    STIPULATION AND PROPOSED ORDER TO
                            - 2 -                    AMEND BRIEFING DATES IN CASE MANAGEMENT
                                                    ORDER C 05 4352 SI