Michael S. Sorgen (State Bar No. 43107)
Emily E. Arnold-Fernandez (State Bar No. 237241)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
415-956-1360 phone
415-956-6342 fax

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED STUDENTS OF THE UNIVERSITY OF CALIFORNIA AT SANTA BARBARA; and GRADUATE ASSEMBLY OF THE ASSOCIATED STUDENTS OF THE UNIVERSITY OF CALIFORNIA AT BERKELEY<br><br>Plaintiffs,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; and ROBERT DYNES, President<br><br>Defendants. | Case No. C 05 4352 SI<br><br>STIPULATION AND PROPOSED ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT<br><br><br>Date: March 16, 2006<br>Courtroom: 10 |

WHEREAS, The Graduate Assembly of the Associated Students of the University of California at Berkeley wishes to join the Associated Students of the University of California at Santa Barbara as a plaintiff in this lawsuit; and

WHEREAS, Plaintiffs believe injunctive relief is no longer necessary and wish to seek only declaratory relief; and

WHEREAS, Plaintiffs and Defendants believe this case turns primarily on legal questions and thus is likely to be resolved on summary judgment; and

1  WHEREAS, Plaintiffs and Defendants therefore wish to present the Court with a clear
2  explanation of each party's version of the facts, to increase the potential for an early resolution of
3  any factual disputes; and

4
5  WHEREAS, Defendants have agreed not to oppose Plaintiffs' filing of an amended complaint ;

6  NOW, THEREFORE, the parties have agreed that Plaintiffs may file the amended verified
7  complaint attached hereto, subject to the approval of the Court.  Nothing in this agreement
8  constitutes a waiver by defendant of any defense or objection to the complaint nor a recognition
9  by defendant of the independent legal status of any purported plaintiff.

10
11
12  Dated:  March 31, 2006          /s/Michael S. Sorgen_____
                                    Michael S. Sorgen
13                                  Attorney for Plaintiff Associated Students of the University
                                    of California at Santa Barbara
14
15  Dated:  April 13, 2006          /s/Christopher M. Patti_____
                                    Christopher M. Patti
16                                  Attorney for Defendants The Regents of the University of
                                    California and Robert Dynes
17
18  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED
19
20  Dated:  April __, 2006          _____
21                                  Hon. Susan Illston
                                    United States District Judge
22
23
24
25
26
27
28