| | |
|---|---|
| 1 | JEFFREY A. BLAIR #111327<br>CHRISTOPHER M. PATTI #118283 |
| 2 | University of California<br>Office of the General Counsel |
| 3 | 1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200 |
| 4 | Telephone: 510-987-9800<br>Facsimile: 510-987-9757 |
| 5 | Christopher.patti@ucop.edu |
| 6 | Attorneys for Defendant |
| 7 | THE REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA and ROBERT DYNES |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| ASSOCIATED STUDENT OF THE UNIVERSITY OF CALIFORNIA AT SANTA BARBARA, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA and ROBERT DYNES, President,<br><br>　　　　Defendants. | Case No. C 05 4352 SI<br><br>**STIPULATION TO CONTINUE HEARING DATE** |

A hearing is currently scheduled on the parties' cross motions for summary judgment on October 27, 2006. To accommodate a conflict that has arisen on defendants' counsel's schedule, the parties hereby stipulate to continue the hearing on Defendants' Motion for

/
/
/
/
/
/

STIPULATION AND ORDER
CONTINUING HEARING DATE

Summary Judgment and Plaintiffs' Motion for Summary Judgment to January 5, 2007, at 9:00 a.m. in Courtroom 10.

Dated: October 20, 2006

CHRISTOPHER M. PATTI

By: /s/ _____
Christopher M. Patti

Attorneys for Defendants
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA AND
ROBERT DYNES

Dated: October 20, 2006

LAW OFFICES OF MICHAEL SORGEN

By: _____
Michael S. Sorgen

Attorneys for Plaintiffs
THE ASSOCIATED STUDENT OF THE
UNIVERSITY OF CALIFORNIA AT SANTA
BARBARA AND THE GRADUATE
ASSEMBLY OF THE ASSOCIATED
STUDENTS OF THE UNIVERSITY OF
CALIFORNIA AT BERKELEY

ORDER

The hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Summary Judgment is Continued to January 5, 2007, at 9:00 a.m. in Courtroom 10.

Dated: _____

_____
United States District Judge

STIPULATION AND ORDER
CONTINUING HEARING DATE